```
GEORGE S. CARDONA
Acting United States Attorney                              JS-6
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
     United States Attorney's Office
     U.S. Courthouse, Suite 1400
     312 N. Spring St.
     Los Angeles, CA 90012
     Telephone: (213)894-2589
     Facsimile: (213)894-7177
     E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 09-4722-JFW (AGRx) |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT JUDGMENT |
| v. ) | |
| ) | |
| $49,606.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

On June 30, 2009, plaintiff United States of America (the "government") filed the Complaint for Forfeiture in this action, seeking forfeiture of the defendant $49,606 in U.S. Currency pursuant to 21 U.S.C. § 881(a)(6).  The claimants Vi Kien Tang and Ching Yi Kuan (collectively, the "claimants") deny the government's allegations and claim that they are the rightful owners of the defendant.

1  The parties have agreed to settle this forfeiture action and to
2  avoid further litigation by entering into this consent judgment.
3  The Court, having been duly advised of and having considered
4  the matter, and based upon the mutual consent of the parties,
5  HEREBY ORDERS, ADJUDGES, AND DECREES:
6  1.  This Court has jurisdiction over this action pursuant to 28
7  U.S.C. §§ 1345 and 1355.
8  2.  The Complaint for Forfeiture states claims for relief
9  pursuant to 21 U.S.C. § 881(a)(6).
10 3.  Notice of this action has been given as required by law.
11 No appearance has been made in this action by any person other than
12 the claimants.  The Court deems that all other potential claimants
13 admit the allegations of the Complaint for Forfeiture to be true,
14 and hereby enters default against all other potential claimants.
15 4.  $29,606 of the defendant $49,606, together with
16 any interest accrued on the defendant, shall be forfeited to the
17 United States, which shall dispose of the same accordingly to law.
18 5.  The government shall return the remaining $20,000 to
19 the claimants by mailing a check made payable to "Vi Kien Tang,
20 Ching Yi Kuan" to the Law Offices of James D. Henderson, James D.
21 Henderson, Esq. at 2530 Wilshire Boulevard, Second Floor, Santa
22 Monica, California 90403.
23 6.  The claimants hereby release the United States of America,
24 the State of California, all counties, municipalities and cities
25 within the State of California, and their agencies, departments,
26 offices, agents, employees and officers, including, but not limited
27 to, the United States Attorney's Office, the Drug Enforcement
28 Administration, and any of their employees and agents, from any and

1 | all, known or unknown, claims, causes of action, rights, and
2 | liabilities, including, without limitation, any claim for attorney's
3 | fees, costs, or interest which may be now or later asserted by or on
4 | behalf of any of the claimants, arising out of or related to this
5 | action or to the seizure or possession of the defendant.  The
6 | claimants represent and agree that they have not assigned and are
7 | the rightful owners of such claims, causes of action and rights.
8 |     7.  The claimants hereby agree to defend, indemnify and hold
9 | harmless the United States of America, the State of California, all
10 | counties, municipalities and cities within the State of California,
11 | and their agencies, departments, offices, agents, employees and
12 | officers, including, but not limited to, the United States
13 | Attorney's Office, the Drug Enforcement Administration and their
14 | employees and agents, from any and all, known or unknown, claims,
15 | causes of action, rights, and liabilities, including, without
16 | limitation, any claim for attorney's fees, costs, or interest,
17 | raised or asserted by a third party in connection with or related to
18 | the release of 20,000 to the claimants.
19 |     8.  The Court finds that there was reasonable cause for the
20 | seizure of the defendant and institution of these proceedings.  This
21 | judgment shall be construed as a certificate of reasonable cause
22 | pursuant to 28 U.S.C. § 2465.
23 | / / /

9. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: December 23, 2009     _____
                             UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: Dec. 22, 2009     GEORGE S. CARDONA
                         Acting United States Attorney
                         CHRISTINE C. EWELL
                         Assistant United States Attorney
                         Chief, Criminal Division
                         STEVEN R. WELK
                         Assistant United States Attorney
                         Chief, Asset Forfeiture Section

                         /   /               .
                         _____
                         PIO S. KIM
                         Assistant United States Attorney

                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA


DATED: Dec. 21, 2009     /   /               .
                         _____
                         JAMES D. HENDERSON
                         Attorney for Claimants
                         Vi Kien Tang and Ching Yi Kuan

4